SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                             Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA 06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA 06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA 06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA 06-11004 |

**CALIFORNIA NORTHERN**

| | | |
|---|---|---|
| CAN 3  06-6576 VPW | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA 06-11005 |
| CAN 3  06-6587 MJJ | Otis Mercer v. Merck & Co., Inc., et al. | EDLA 06-11006 |
| CAN 3  06-6595 BZ | Peter Brooks v. Merck & Co., Inc., et al. | EDLA 06-11007 |
| CAN 3  06-6612 JSW | Ray Reed v. Merck & Co., Inc., et al. | EDLA 06-11008 |
| CAN 3  06-6762 SI | Lola Baker v. Merck & Co., Inc. | EDLA 06-11009 |
| CAN 3  06-6764 PJH | Susan Christensen v. Merck & Co., Inc. | EDLA 06-11010 |
| CAN 3  06-6765 EDL | Carlos Adlawan v. Merck & Co., Inc. | EDLA 06-11011 |
| CAN 3  06-6766 JSW | Anita Aars v. Merck & Co., Inc. | EDLA 06-11012 |
| CAN 3  06-6767 MJJ | Klara Bernsteyn v. Merck & Co., Inc. | EDLA 06-11013 |
| CAN 3  06-6769 JSW | Robert Chow v. Merck & Co., Inc. | EDLA 06-11014 |
| CAN 3  06-6789 SI | Marbely Gutierrez v. Merck & Co., Inc. | EDLA 06-11015 |
| CAN 3  06-6793 PJH | Ninel Gindina v. Merck & Co., Inc. | EDLA 06-11016 |
| CAN 3  06-6795 WHA | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA 06-11017 |
| CAN 3  06-6796 MJJ | Robert Garrett v. Merck & Co., Inc. | EDLA 06-11018 |
| CAN 3  06-6846 MJJ | Wayne Wong v. Merck & Co., Inc. | EDLA 06-11019 |
| CAN 3  06-6848 JSW | Elliot Zolt v. Merck & Co., Inc. | EDLA 06-11020 |
| CAN 3  06-6851 PJH | Jerry Hale v. Merck & Co., Inc. | EDLA 06-11021 |
| CAN 3  06-6859 SC | Leo Hildreth v. Merck & Co., Inc. | EDLA 06-11022 |
| CAN 3  06-6862 JL | Alex Lukovsky v. Merck & Co., Inc. | EDLA 06-11023 |
| CAN 3  06-6863 MHP | Juana Ochoa v. Merck & Co., Inc. | EDLA 06-11024 |
| CAN 3  06-6864 WHA | John Morrice v. Merck & Co., Inc. | EDLA 06-11025 |
| CAN 3  06-6866 SI | Ronald L. Silva v. Merck & Co., Inc. | EDLA 06-11026 |
| CAN 3  06-6867 VRW | Nancy Pittroff v. Merck & Co., Inc. | EDLA 06-11027 |
| CAN 3  06-6869 MHP | Lev Klachkavsky v. Merck & Co., Inc. | EDLA 06-11028 |
| CAN 3  06-6873 PJH | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA 06-11029 |
| CAN 3  06-6874 WHA | Fred Rice v. Merck & Co., Inc. | EDLA 06-11030 |
| CAN 3  06-6875 JSW | Gerald Sefranka v. Merck & Co., Inc. | EDLA 06-11031 |
| CAN 3  06-6878 MJJ | Richard Simms v. Merck & Co., Inc. | EDLA 06-11032 |
| CAN 3  06-6879 EDL | Samuel Summerfield v. Merck & Co., Inc. | EDLA 06-11033 |
| CAN 3  06-6880 PJH | Lula Taylor v. Merck & Co., Inc. | EDLA 06-11034 |
| CAN 3  06-6881 SI | George Martinis v. Merck & Co., Inc. | EDLA 06-11035 |
| CAN 3  06-6882 EMC | Elivra Nagle v. Merck & Co., Inc. | EDLA 06-11036 |
| CAN 4  06-6590 SBA | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA 06-11037 |
| CAN 4  06-6785 CW | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA 06-11038 |
| CAN 4  06-6788 SBA | Daniel Flanagan v. Merck & Co., Inc. | EDLA 06-11039 |
| CAN 4  06-6843 SBA | Janie Wiley v. Merck & Co., Inc. | EDLA 06-11040 |
| CAN 4  06-6865 CW | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA 06-11041 |
| CAN 4  06-6868 SBA | Nian Huang v. Merck & Co., Inc. | EDLA 06-11042 |
| CAN 4  06-6871 CW | Mary L. Howle v Merck & Co., Inc. | EDLA 06-11043 |

**CALIFORNIA SOUTHERN**

| | | |
|---|---|---|
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA 06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA 06-11045 |